UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SYLVAN ROSS | * | CIVIL ACTION |
| VERSUS | * | NO. 22-1731 |
| LOYOLA UNIVERSITY NEW ORLEANS | * | DIVISION: 2 |
| | * | MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT |

## ORDER

The Court having been advised that the parties to this action have firmly agreed upon a compromise and settlement of all claims during the settlement conference with the Honorable Michael North on March 6, 2023 (*See* ECF No. 31);

IT IS HEREBY ORDERED that this action is DISMISSED without costs and without prejudice to the right, upon good cause shown, to reopen the action if settlement is not consummated within sixty (60) days.  The Court retains jurisdiction to enforce the compromise agreed upon by the parties.

New Orleans, Louisiana, this  7th   day of March, 2023.

DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE